**Plaintiff**

Michael Green

1819 Aberg Ave, Madison, WI, 53704

**Defendants**

Fitness Ventures LLC

100 WILBURN RD. SUITE 100

SUN PRAIRIE , WI 53590

FILED/REC'D

2025 MAR 31 P 2: 51

CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

25  CV  23 9   WMC

The defendant violated **Title VII of the Civil Rights Act of 1964** by engaging in discriminatory practices at one of their gyms. This suit is for $75,000.

On March 30th 2025 while exercising at Crunch Fitness in Madison I was approached by a staff member and two Madison Police officers. The staff member said that I was being "aggressive" to gym members. I still have no clue what exactly is going on, the staff member was extremely vague. I was drenched in sweat so I asked If I could use the shower before I left, the staff member told me I could not so I went into the locker room to change clothes as quickly as I could.

Upon leaving the locker room I was confronted by 6-10 madison police officers, I asked them what was going on, they explained they were called to make sure I left the premises. I left as instructed.

After I made it down the road I noticed that I left something in the locker room. The police were still on the scene so I called and asked the staff to give my items to the officers. The staff member seemed to be stalling so the officers could leave. After the officers left the staff member then decided to get my items and requested that I meet him at the front door to give me the Items. I agreed but was uncomfortable. While walking towards the gym I flagged down a Madison Police officer and asked them If they could get my items instead of me approaching the gym, the officer agreed. I then called the gym to tell the staff member that officers would be coming instead of me. While talking to that staff member I explained that the gym played so much vulgar, racist, stereotyping rap music that paints African Americans in a fictional terrible light. The staff member then said that it was true that African Americans act like how the music suggested. He said that's why he believed what he was told about me and felt he didn't need to ask me anything before calling the police. I explained to him that his statements were how racism works, he replied "oh well" so i told him "get your gay ass off the phone then".

I still don't understand exactly what happened, but I'm thinking someone at the gym had a perceived issue with me and decided to weaponize the police against me. I had been wearing a pro Trump hat during prior gym visits but stopped due to the stares I would get from staff and members. Dane County is extremely liberal and aggressively bully those that show any resistance to their political Ideology. Perhaps it was some kind of retaliation for being a Trump supporter, even worse a black Trump supporter in Dane County.

The anger I feel about this can only be overshadowed by an overall sense of sadness. I don't believe this to be a Crunch or Fitness Venture issue as it's more a Dane county issue. $75,000 is enough that may provide a deterrent from similar behavior in the future.

Michael Green
336greenmike@gmail.com